**Julian McMillan (SBN241937)**
**McMillan Law Group, APC**
4655 Cass St., Suite 404
San Diego, CA 92109
PH: 619.795.9430
FX: 619.241.8291

Attorney for Plaintiff
BENJAMIN COREY RUBENSON

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN COREY RUBENSON, an individual<br><br>Plaintiff<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation.<br><br>Defendant | Case No.: 3:25-cv-01294-BJC-JAC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(i)]**<br><br>Judge: Hon. Benjamin J. Cheeks<br>Magistrate Judge: Hon. Janet A. Cabral |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BENJAMIN COREY RUBENSON ("Plaintiff") hereby voluntarily dismisses the above-captioned action, in its entirety and **with prejudice**, as to Defendant HYUNDAI MOTOR AMERICA ("Defendant"), the sole defendant in this action.

Defendant has not served an answer or a motion for summary judgment in this action. The Clerk entered Defendant's default on June 20, 2025, and the Court subsequently denied Plaintiff's Motion for Default Judgment (ECF No. 8). The matter has since been resolved between the parties.

Because no answer or motion for summary judgment has been served, Plaintiff may dismiss this action without a court order and without a stipulation signed by Defendant. Fed. R. Civ. P. 41(a)(1)(A)(i). A notice of dismissal under Rule 41(a)(1)(A)(i) is self-executing and effective upon filing. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077–78 (9th Cir. 1999); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Each party shall bear its own attorney's fees and costs, except as otherwise provided in the parties' settlement agreement. Plaintiff respectfully requests that the Clerk of Court close this case.

Dated: 09/28/2026 MCMILLAN LAW GROUP, APC

By: /s/Julian McMillan

Julian McMillan, Esq.
Attorney for Plaintiff
BENJAMIN COREY RUBENSON